CHAMBERS OF
REBECCA BEACH SMITH
DISTRICT JUDGE

November 23, 2004

The Honorable Mary M. Lisi
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, N.E.
Washington, D.C.  20544

   Re: Amended Part VII for Financial Disclosure Report
      Calendar Year 2003 Filing

Dear Judge Lisi:

  Pursuant to your letter dated November 5, 2004, which I received on November 12, 2004, enclosed please find an original and three copies of an amended Part VII for my Financial Disclosure Report for Calendar Year 2003.

       Very truly yours,

       Rebecca Beach Smith
       United States District Judge

RBS/mw

Enclosures (4)

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) | (2) | (1) | (2) | (1) | If not exempt from disclosure | | | |
| | | | | | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A -H) | Type (e.g. div rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SunTrust Bank Account | A | Interest | J | T | | | | | |
| 2. IRA - BB&T Account | | | | | Transfer | 5/12 | L | | IRA line 4 |
| 3. Investment Account #1 directing (line 4) | D | Div & Int | N | T | | | | | |
| 4. IRA-Brokerage Account #1 holding (lines 5-34) | | | | | | | | | |
| 5. Hampton Roads Bankshares Inc (prior Bank of Hampton Roads) | | | | | | | | | |
| 6. Centennial Government Trust | | | | | | | | | |
| 7. The Diamonds Trust | | | | | | | | | |
| 8. Standard & Poor's 500 Depository Receipts Trust | | | | | | | | | |
| 9. Taxable Bonds: | | | | | | | | | |
| 10. Eli Lilly & Co 3/15/03 Senior Notes | | | | | Redeem | 3/17 | J | | |
| 11. U.S. T-Note 8/15/03 | | | | | Redeem | 8/15 | J | | |
| 12. Norfolk Southern Corp. 2/15/04 Note | | | | | | | | | |
| 13. U.S. T-Note 2/15/05 | | | | | | | | | |
| 14. U.S. T-Note 5/15/05 | | | | | | | | | |
| 15. Virginia 11/1/04 Housing Developmt Auth. Multi Family | | | | | | | | | |
| 16. U.S. T-Note 11/15/05 | | | | | | | | | |
| 17. Norfolk & Southern Corp. 7.22% 9/15/06 Medium Term Notes | | | | | | | | | |
| 18. U.S. T-Note 8/15/04 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | | |
|---|---|---|
| Name of Person Reporting | | Date of Report |
| Smith, Rebecca B | | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Sara Lee Corp. 6/19/08 Medium Term Note | | | | | | | | | |
| 20. Virginia 1/1/07 Housing Dev. Auth. Comwlth Mtg Rev-Series A | | | | | Redeem | 9/2 | J | | |
| 21. U.S. T-Note 8/15/07 | | | | | | | | | |
| 22. U.S. T-Note 10/15/06 | | | | | | | | | |
| 23. Burlington Northn & Santa Fe Ry Co 5/1/03 Equip Tr-CTF | | | | | Redeem | 5/1 | J | | |
| 24. U.S. TSY Inflation Index Notes 1/15/08 | | | | | | | | | |
| 25. Chandler AZ MUN PPTY Corp. 7/1/03 | | | | | Redeem | 7/1 | J | | |
| 26. U.S. TSY Inflation Index Note 1/15/10 | | | | | | | | | |
| 27. FNMA 5/20/05 | | | | | Redeem | 11/20 | J | | |
| 28. Gateway Bank FSB 12/27/04 | | | | | | | | | |
| 29. Utilicorp United Inc. 10/1/04 | | | | | | | | | |
| 30. GNMA 6/15/03 P.T. | | | | | Redeem | 3/17 | J | | |
| 31. US TSY Inflation Index Notes 7-15-13 | | | | | Buy | 8/15 | J | | |
| 32. FFCB 12-11-09 | | | | | Buy | 10/20 | J | | |
| 33. Raven Hills TX Higher Ed 8-1-06 | | | | | Buy | 8/19 | J | | |
| 34. Providian Natl Bk 10-25-04 | | | | | Buy | 1/30 | J | | |
| 35. Farm, ███████ VA | | None | L | W | | | | | |
| 36. BB&T Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Investment Account #2 directing (line 38) | | | | | | | | | |
| 38. Brokerage Account #2 holding (lines 39-111) | | | | | | | | | |
| 39. Centennial Tax Exempt Trust | A | Interest | L | T | | | | | |
| 40. Equities/Stocks: | | | | | | | | | |
| 41. E.I. DuPont De Nemours & Co. | A | Dividend | J | T | | | | | |
| 42. Exxon Mobil Corp. | A | Dividend | K | T | | | | | |
| 43. General Electric Co. | B | Dividend | L | T | Part Sale | 7/14 | K | D | |
| 44. International Paper Co. | A | Dividend | K | T | Buy | 7/14 | K | | |
| 45. J.P. Morgan Chase & Co. | A | Dividend | K | T | | | | | |
| 46. Pepsico Inc. | A | Dividend | K | T | | | | | |
| 47. St. Joe Co. | A | Dividend | J | T | | | | | |
| 48. Hewlett-Packard Co. | A | Dividend | J | T | | | | | |
| 49. Dollar Tree Stores, Inc. | | None | K | T | | | | | |
| 50. Tyco International Ltd. | A | Dividend | J | T | | | | | |
| 51. Raytheon Co. | A | Dividend | J | T | | | | | |
| 52. Cooper Cameron Corp. | | None | J | T | | | | | |
| 53. Caterpillar Inc. | D | Dividend | | | Sold | 7/14 | K | D | |
| 54. Charles & Colvard Ltd. | | None | J | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)   U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Conagra Inc (Del) | A | Dividend | J | T | | | | | |
| 56. Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |
| 57. Dell, Inc. (formerly known as Dell Computer Corp .) | | None | J | T | | | | | |
| 58. Honeywell International Inc. | A | Dividend | K | T | Buy | 7/14 | K | | |
| 59. Lucent Technologies Inc. | | None | J | T | | | | | |
| 60. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 61. Time Warner Inc. (formerly known as AOL Time Warner) | | None | J | T | | | | | |
| 62. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 63. R.R. Donnelley & Sons Co. | A | Dividend | J | T | | | | | |
| 64. Ace Limited Ord | A | Dividend | J | T | | | | | |
| 65. Bank of America | A | Dividend | J | T | | | | | |
| 66. Cisco Systems Inc. | | None | J | T | | | | | |
| 67. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 68. Eastman Kodak Co. | A | Dividend | J | T | | | | | |
| 69. General Motors Corp. | A | Dividend | J | T | Part Sale | 7/14 | K | | |
| 70. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 71. Merck & Company Inc. | | None | | | Sold | 7/14 | K | | |
| 72. Verizon Communications | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AT&T Corp. | B | Dividend | K | T | Buy | 7/14 | K | | |
| 74. Tax Exempt Bonds: | | | | | | | | | |
| 75. Fairfax Cnty VA 6/1/03 Gen Oblg-Pub Impt-Series A | | None | | | Redeem | 6/2 | J | | |
| 76. James City Cnty VA 12/15/04 Gen Oblg Pub Impt FGIC Ins | A | Interest | J | T | | | | | |
| 77. Chesapeake VA 7/1/06 Wtr&Swr Sys Rev Refunding-Reg. | | None | | | Redeem | 7/1 | J | | |
| 78. VA 6/1/04 Polytechnic Inst. & St Univ Rev Serv System | A | Interest | J | T | | | | | |
| 79. Roanoke Va 2/1/05 Gen Oblg Public Improvement 96A | A | Interest | J | T | | | | | |
| 80. Illinois 1/1/10 Northern Toll Hwy Auth Rev Pre-Refund | A | Interest | J | T | Part Redeem | 7/1 | J | | |
| 81. Upper Occoquan Sew Auth VA 7/1/07 Regl Sew Rev Refund | A | Interest | J | T | | | | | |
| 82. Pittsylvania Cnty VA 7/1/05 Gen Obligation Pub Improvement | A | Interest | J | T | | | | | |
| 83. Henrico Cnty VA 1/15/07 Gen Obligation-Refund Pub Improve | A | Interest | | | Redeem | 3/13 | J | A | |
| 84. Fairfax Cnty VA 6/1/08 Public Impt & Refunding Ser 1999A | A | Interest | K | T | | | | | |
| 85. Richmond VA 1/15/03 General Obligation Series A | A | Interest | | | Redeem | 1/15 | J | A | |
| 86. Arlington Cnty VA 6/1/09 General Obligation Refunding | A | Interest | K | T | | | | | |
| 87. Arlington Cnty VA 6/1/06 Gen Obligation Bonds Public Impt | A | Interest | K | T | | | | | |
| 88. Montgomery Cnty VA 1/15/11 Indl Dev Auth Lease Revenue | A | Interest | K | T | | | | | |
| 89. Henrico Cnty VA 5/1/10 Water & Sewer Revenue Refunding | A | Interest | K | T | | | | | |
| 90. Richmond VA 7/15/07 Indl Dev Auth Govt Facs Auth Lease Rev | A | Interest | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-S50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Chesterfield Cnty VA 1/15/14 G.O. Pub. Impt Bds | A | Interest | J | T | | | | | |
| 92. Lynchburg VA Indl Dev Auth Hlthcare 1-1-05 | A | Interest | K | T | Buy | 6/18 | K | | |
| 93. Middle Riv Regl Jail 5-15-12 | | None | K | T | Buy | 12/30 | K | | |
| 94. Prince William Cnty, VA Water & Sewer 7-1-12 | A | Interest | K | T | Buy | 5/21 | J | | |
| 95. Arlington Cnty, VA Gen Oblig 2-1-13 | A | Interest | K | T | Buy | 12/10 | K | | |
| 96. Alexandria, VA Cos Public Impv 6-15-15 | A | Interest | K | T | Buy | 6/3 | J | | |
| 97. Taxable Bonds: | | | | | | | | | |
| 98. Eli Lilly & Co. Senior Notes 3/15/03 | A | Interest | | | Redeem | 3/17 | J | A | |
| 99. FHLB 10/15/03 | A | Interest | | | Redeem | 10/15 | J | A | |
| 100. Illinois Bell Telephone Debentures 2/1/04 | A | Interest | J | T | | | | | |
| 101. U.S. T-Note 5/15/04 | A | Interest | J | T | | | | | |
| 102. U.S. T-Note 2/15/05 | A | Interest | J | T | | | | | |
| 103. U.S. T-Note 5/15/05 | A | Interest | J | T | | | | | |
| 104. Virginia Higher Edl Instns-A 6/1/05 | A | Interest | J | T | | | | | |
| 105. U.S. T-Note 7/15/06 | A | Interest | J | T | | | | | |
| 106. U.S. T-Note 10/15/06 | A | Interest | J | T | | | | | |
| 107. Virginia Housing Dev Auth Comwlth Mtg 1/1/07 | A | Interest | | | Redeem | 9/2 | J | A | |
| 108. U.S. T-Note 8/15/07 | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Monsanto Co. 2/5/08 | A | Interest | J | T | | | | | |
| 110. Entergy Miss Inc. 4/1/08 | A | Interest | J | T | | | | | |
| 111. Virginia 11/1/13 Dev Auth Multi-Fam Hsg | | None | | | Redeem | 5/1 | J | | |
| 112. Southtrust Bank | A | Interest | K | T | | | | | |
| 113. ███████████████ | F | Dividend | N | W | | | | | |
| 114. Rental Property #1, Norfolk, VA | E | Rent | M | W | | | | | |
| 115. C.A. Associates, 2%, Norfolk, VA | C | Dividend | K | U | | | | | |
| 116. GJF Currituck Beach Associates, NC | A | Dividend | J | W | | | | | |
| 117. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 118. Deferred Annuity - Equitable Life Ins. Co. | B | Dividend | L | T | | | | | |
| 119. IRA-Brokerage Acct #3 directing and holding (lines 120-142) | B | Dividend | M | T | | | | | |
| 120. American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 121. American Funds Investment Company of America | | | | | | | | | |
| 122. Calamos Growth Fund | | | | | | | | | |
| 123. Federated Kaufman Fund | | | | | Sold | 8/14 | J | | |
| 124. First Eagle Sogen Global Fund | | | | | | | | | |
| 125. Ing International Value Fund | | | | | | | | | |
| 126. Lord Abbett Mid Cap Value Fund | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. Managers Special Equity Fund | | | | | | | | | |
| 128. Oakmark International Small Cap Fund | | | | | | | | | |
| 129. Pimco Foreign Bond Fund | | | | | Sold | 8/14 | J | | |
| 130. Pimco Pea Renaissance Fund | | | | | | | | | |
| 131. Pimco Short Term Fund | | | | | | | | | |
| 132. Pimco Total Return Fund | | | | | Sold | 8/14 | J | | |
| 133. Royce Micro-Cap Fund | | | | | | | | | |
| 134. Royce Pennsylvania Mutual Fund | | | | | | | | | |
| 135. Scudder Dreman High Return Fund | | | | | Sold | 8/14 | J | | |
| 136. UBS Pace Money Market Investment Fund | | | | | | | | | |
| 137. American Funds Growth Fund of America | | | | | Buy | 8/14 | J | | |
| 138. AXA Rosenberg U.S. Small Capitalization Fund | | | | | Buy | 11/7 | J | | |
| 139. First Eagle Overseas Fund | | | | | Buy | 8/14 | J | | |
| 140. First Eagle Gold Fund | | | | | Buy | 8/14 | J | | |
| 141. JP Morgan Mid Cap Value Fund | | | | | Buy | 11/7 | J | | |
| 142. Invesco Leisure Fund | | | | | Buy | 11/7 | J | | |
| 143. Brokerage Account #4 directing and holding (lines 144-178) | | | | | | | | | |
| 144. Resource Management Tax-Free Fund, Inc. | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 145. Equities/Stocks: | | | | | | | | | |
| 146. General American Investors Preferred | A | Dividend | | | Sold | 9/23 | J | A | |
| 147. Aflax Inc | B | Dividend | J | T | | | | | |
| 148. BB&T Corp. | A | Dividend | J | T | | | | | |
| 149. Berkshire Hathaway Inc. | A | Dividend | J | T | | | | | |
| 150. Boston Scientific | C | Dividend | | | Sold | 1/30 | J | B | |
| 151. Canadian Pacific Railway Ltd. | B | Dividend | J | T | | | | | |
| 152. Conagra Food Inc. | | None | | | Sold | 7/8 | J | | |
| 153. Fedex Corp | B | Dividend | J | T | | | | | |
| 154. General Electric | | None | | | Sold | 1/31 | J | | |
| 155. Georgia Gulf Corp. | | None | | | Sold | 6/4 | J | | |
| 156. Harley Davidson Inc. | | None | | | Sold | 7/8 | J | | |
| 157. Johnson & Johnson | | None | J | T | | | | | |
| 158. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 159. Nestle | A | Dividend | J | T | | | | | |
| 160. Pogo Producing Co. | A | Dividend | J | T | | | | | |
| 161. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 162. Progressive Corp. Ohio | A | Dividend | | | Sold | 7/8 | J | B | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 163. Southern Co. | A | Dividend | J | T | | | | | |
| 164. Wal Mart Stores Inc. | | None | J | T | | | | | |
| 165. Weingarten Realty | B | Dividend | J | T | | | | | |
| 166. Wisconsin Energy Corp. | B | Dividend | J | T | | | | | |
| 167. Anheuser Busch Cos, Inc. | A | Dividend | J | T | Buy | 12/19 | J | | |
| 168. Caterpillar Inc. | A | Dividend | J | T | Buy | 5/14 | J | | |
| 169. Gillette Company | A | Dividend | J | T | Buy | 7/10 | J | | |
| 170. Nextel Communications Inc. | C | Dividend | J | T | Buy | 5/20 | J | | |
| 171. Oracle Corp. | A | Dividend | J | T | Buy | 7/29 | J | | |
| 172. Plum Creek Timber Co., Inc. | A | Dividend | J | T | Buy | 7/8 | J | | |
| 173. Royal Dutch Pete Co. | A | Dividend | J | T | Buy | 11/3 | J | | |
| 174. 3M Co. | A | Dividend | J | T | Buy | 4/22 | J | | |
| 175. Tax-Exempt Bonds: | | | | | | | | | |
| 176. VA 8/1/13 St Pub Sch Auth A Rev | A | Interest | J | T | | | | | |
| 177. Portsmouth 8/1/14 VA Pub Impt G.O. | A | Interest | J | T | | | | | |
| 178. Fairfax Cnty 4/4/16 VA Wtr Auth Rev | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000.001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

AMENDED

# FINANCIAL DISCLOSURE REPORT

Calendar Year 2003

| AO-10 Rev. 1/2004 | | |
|---|---|---|

Report Required by the Ethics in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Smith, Rebecca B | 2. Court or Organization<br><br>Eastern District of Virginia | 3. Date of Report<br><br>10/6/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active) | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial ● Annual ○ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>United States District Court<br>600 Granby Street<br>Norfolk, Virginia 23510 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Norfolk Academy, Norfolk, VA |
| 2. Director | General Douglas MacArthur Foundation, Norfolk, VA |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   Oct 12  3 36 PM '04   COPY

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Self-employed (dental laboratory) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS.   (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE**   - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES.   (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE**   - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcactions (includes those of the spouse and dependent children. See pp. 34–57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SunTrust Bank Account | A | Interest | J | T | | | | | ~ |
| 2. IRA - BB&T Account | | | | | Transfer | 5/12 | L | | IRA line 4 |
| 3. Investment Account #1 directing (line 4) | D | Div & Int | N | T | | | | | |
| 4. IRA-Brokerage Account #1 holding (lines 5-34) | | | | | | | | | |
| 5. Hampton Roads Bankshares Inc (prior Bank of Hampton Roads) | | | | | | | | | |
| 6. Centennial Government Trust | | | | | | | | | |
| 7. The Diamonds Trust | | | | | | | | | |
| 8. Standard & Poor's 500 Depository Receipts Trust | | | | | | | | | |
| 9. Taxable Bonds: | | | | | | | | | |
| 10. Eli Lilly & Co 3/15/03 Senior Notes | | | | | Redeem | 3/17 | J | | |
| 11. U.S. T-Note 8/15/03 | | | | | Redeem | 8/15 | J | | |
| 12. Norfolk Southern Corp. 2/15/04 Note | | | | | | | | | |
| 13. U.S. T-Note 2/15/05 | | | | | | | | | |
| 14. U.S. T-Note 5/15/05 | | | | | | | | | |
| 15. Virginia 11/1/04 Housing Developmt Auth. Multi Family | | | | | | | | | |
| 16. U.S. T-Note 11/15/05 | | | | | | | | | |
| 17. Norfolk & Southern Corp. 7.22% 9/15/06 Medium Term Notes | | | | | | | | | |
| 18. U.S. T-Note 8/15/04 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Sara Lee Corp. 6/19/08 Medium Term Note | | | | | | | | | |
| 20. Virginia 1/1/07 Housing Dev. Auth. Comwlth Mtg Rev-Series A | | | | | Redeem | 9/2 | J | | |
| 21. U.S. T-Note 8/15/07 | | | | | | | | | |
| 22. U.S. T-Note 10/15/06 | | | | | | | | | |
| 23. Burlington Northn & Santa Fe Ry Co 5/1/03 Equip Tr-CTF | | | | | Redeem | 5/1 | J | | |
| 24. U.S. TSY Inflation Index Notes 1/15/08 | | | | | | | | | |
| 25. Chandler AZ MUN PPTY Corp. 7/1/03 | | | | | Redeem | 7/1 | J | | |
| 26. U.S. TSY Inflation Index Note 1/15/10 | | | | | | | | | |
| 27. FNMA 5/20/05 | | | | | Redeem | 11/20 | J | | |
| 28. Gateway Bank FSB 12/27/04 | | | | | | | | | |
| 29. Utilicorp United Inc. 10/1/04 | | | | | | | | | |
| 30. GNMA 6/15/03 P.T. | | | | | Redeem | 3/17 | J | | |
| 31. US TSY Inflation Index Notes 7-15-13 | | | | | Buy | 8/15 | J | | |
| 32. FFCB 12-11-09 | | | | | Buy | 10/20 | J | | |
| 33. Raven Hills TX Higher Ed 8-1-06 | | | | | Buy | 8/19 | J | | |
| 34. Providian Natl Bk 10-25-04 | | | | | Buy | 1/30 | J | | |
| 35. Farm████████ VA | | None | L | W | | | | | |
| 36. BB&T Account | A | Interest | J | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Conagra Inc (Del) | A | Dividend | J | T | | | | | |
| 56. Automatic Data Processing Inc. | A | Dividend | J | T | | | | | |
| 57. Dell, Inc. (formerly known as Dell Computer Corp .) | | | J | T | | | | | |
| 58. Honeywell International Inc. | | | | | Buy | 7/14 | K | | |
| 59. Lucent Technologies Inc. | | | J | T | | | | | |
| 60. Medtronic Inc. | A | Dividend | J | T | | | | | |
| 61. Time Warner Inc. (formerly known as AOL Time Warner) | | | J | T | | | | | |
| 62. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 63. R.R. Donnelley & Sons Co. | A | Dividend | J | T | | | | | |
| 64. Ace Limited Ord | A | Dividend | J | T | | | | | |
| 65. Bank of America | A | Dividend | J | T | | | | | |
| 66. Cisco Systems Inc. | | | J | T | | | | | |
| 67. Duke Energy Corp. | A | Dividend | J | T | | | | | |
| 68. Eastman Kodak Co. | A | Dividend | J | T | | | | | |
| 69. General Motors Corp. | A | Dividend | J | T | Part Sale | 7/14 | K | | |
| 70. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 71. Merck & Company Inc. | | | | | Sold | 7/14 | K | | |
| 72. Verizon Communications | A | Dividend | J | T | | | | | |

1. Income/Gain Codes  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell, merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Chesterfield Cnty VA 1/15/14 G.O. Pub. Impt Bds | A | Interest | J | T | | | | | |
| 92. Lynchburg VA Indl Dev Auth Hlthcare 1-1-05 | | | | | Buy | 6/18 | K | | |
| 93. Middle Riv Regl Jail 5-15-12 | | | | | Buy | 12/30 | K | | |
| 94. Prince William Cnty, VA Water & Sewer 7-1-12 | | | | | Buy | 5/21 | J | | |
| 95. Arlington Cnty, VA Gen Oblig 2-1-13 | | | | | Buy | 12/10 | K | | |
| 96. Alexandria, VA Cos Public Impv 6-15-15 | | | | | Buy | 6/3 | J | | |
| 97. Taxable Bonds: | | | | | | | | | |
| 98. Eli Lilly & Co. Senior Notes 3/15/03 | | | | | Redeem | 3/17 | J | A | |
| 99. FHLB 10/15/03 | | | | | Redeem | 10/15 | J | A | |
| 100. Illinois Bell Telephone Debentures 2/1/04 | A | Interest | J | T | | | | | |
| 101. U.S. T-Note 5/15/04 | A | Interest | J | T | | | | | |
| 102. U.S. T-Note 2/15/05 | A | Interest | J | T | | | | | |
| 103. U.S. T-Note 5/15/05 | A | Interest | J | T | | | | | |
| 104. Virginia Higher Edl Instns-A 6/1/05 | A | Interest | J | T | | | | | |
| 105. U.S. T-Note 7/15/06 | A | Interest | J | T | | | | | |
| 106. U.S. T-Note 10/15/06 | A | Interest | J | T | | | | | |
| 107. Virginia Housing Dev Auth Comwlth Mtg 1/1/07 | | | | | Redeem | 9/2 | J | A | |
| 108. U.S. T-Note 8/15/07 | A | Interest | J | T | | | | | |

1. Income/Gain Codes:  A = $1.000 or less    B = $1.001-$2.500    C = $2.501-$5.000    D = $5.001-$15.000    E = $15.001-$50.000
   (See Columns B1 and D4)    F = $50.901-$100.000    G = $100.001-$1.000,000    H1 = $1.000,001-$5.000.000    H2 = More than $5,000.000
2. Value Codes:    J = $15.000 or less    K = $15.001-$50,000    L = $50.001-$100.000    M = $100.001-$250.000
   (See Columns C1 and D3)    N = $250.000-$50,000    O = $500.001-$1,000.000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Monsanto Co. 2/5/08 | A | Interest | J | T | | | | | |
| 110. Entergy Miss Inc. 4/1/08 | A | Interest | J | T | | | | | |
| 111. Virginia 11/1/13 Dev Auth Multi-Fam Hsg | | | | | Redeem | 5/1 | J | | |
| 112. Southtrust Bank | A | Interest | K | T | | | | | |
| 113. ▓▓▓▓▓▓▓▓▓ | F | Dividend | N | W | | | | | |
| 114. Rental Property #1, Norfolk, VA | E | Rent | M | W | | | | | |
| 115. C.A. Associates, 2%, Norfolk, VA | C | Dividend | K | U | | | | | |
| 116. GJF Currituck Beach Associates, NC | A | Dividend | J | W | | | | | |
| 117. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 118. Deferred Annuity - Equitable Life Ins. Co. | B | Dividend | L | T | | | | | |
| 119. IRA-Brokerage Acct #3 directing and holding (lines 120-142) | B | Dividend | M | T | | | | | |
| 120. American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 121. American Funds Investment Company of America | | | | | | | | | |
| 122. Calamos Growth Fund | | | | | | | | | |
| 123. Federated Kaufman Fund | | | | | Sold | 8/14 | J | | |
| 124. First Eagle Sogen Global Fund | | | | | | | | | |
| 125. Ing International Value Fund | | | | | | | | | |
| 126. Lord Abbett Mid Cap Value Fund | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 10/6/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Equities/Stocks: | | | | | | | | | |
| 146. General American Investors Preferred | | | | | Sold | 9/23 | J | A | |
| 147. Aflax Inc | B | Dividend | J | T | | | | | |
| 148. BB&T Corp. | A | Dividend | J | T | | | | | |
| 149. Berkshire Hathaway Inc. | A | Dividend | J | T | | | | | |
| 150. Boston Scientific | | | | | Sold | 1/30 | J | B | |
| 151. Canadian Pacific Railway Ltd. | B | Dividend | J | T | | | | | |
| 152. Conagra Food Inc. | | | | | Sold | 7/8 | J | | |
| 153. Fedex Corp | B | Dividend | J | T | | | | | |
| 154. General Electric | | | | | Sold | 1/31 | J | | |
| 155. Georgia Gulf Corp. | | | | | Sold | 6/4 | J | | |
| 156. Harley Davidson Inc. | | | | | Sold | 7/8 | J | | |
| 157. Johnson & Johnson | | | J | T | | | | | |
| 158. Microsoft Corp. | A | Dividend | J | T | | | | | |
| 159. Nestle | A | Dividend | J | T | | | | | |
| 160. Pogo Producing Co. | A | Dividend | J | T | | | | | |
| 161. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 162. Progressive Corp. Ohio | | | | | Sold | 7/8 | J | B | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     = Cash Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>Smith, Rebecca B | Date of Report<br><br>10/6/2004 |
| --- | --- | --- |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature           Date  October 6, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

| AO-10 | | Report Required by the Ethics |
| Rev. 1/2004 | | in Government Act of 1978 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Smith, Rebecca B | Eastern District of Virginia | 8/10/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge (Active) | ○ Nomination, Date / ○ Initial  ⦿ Annual  ○ Final | 1/1/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States District Court 600 Granby Street Norfolk, Virginia 23510 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Norfolk Academy, Norfolk, VA |
| 2. | Director | General Douglas MacArthur Foundation, Norfolk, VA |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED Aug 16 11 24 AM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Incom - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | Self-employed (dental laboratory) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. SunTrust Bank Account | A | Interest | J | T | | | | | |
| 2. IRA - BB&T Account | | | | | Transfer | 5/12 | L | | IRA line 4 |
| 3. Investment Account #1 directing (line 4) | D | Div & Int | N | T | | | | | |
| 4. IRA-Brokerage Account #1 holding (lines 5-34) | | | | | | | | | |
| 5. Hampton Roads Bankshares Inc (prior Bank of Hampton Roads) | | | | | | | | | |
| 6. Centennial Government Trust | | | | | | | | | |
| 7. The Diamonds Trust | | | | | | | | | |
| 8. Standard & Poor's 500 Depository Receipts Trust | | | | | | | | | |
| 9. Taxable Bonds: | | | | | | | | | |
| 10. Eli Lilly & Co 3/15/03 Senior Notes | | | | | Redeem | 3/17 | J | | |
| 11. U.S. T-Note 8/15/03 | | | | | Redeem | 8/15 | J | | |
| 12. Norfolk Southern Corp. 2/15/04 Note | | | | | | | | | |
| 13. U.S. T-Note 2/15/05 | | | | | | | | | |
| 14. U.S. T-Note 5/15/05 | | | | | | | | | |
| 15. Virginia 11/1/04 Housing Developmt Auth. Multi Family | | | | | | | | | |
| 16. U.S. T-Note 11/15/05 | | | | | | | | | |
| 17. Norfolk & Southern Corp. 7.22% 9/15/06 Medium Term Notes | | | | | | | | | |
| 18. U.S. T-Note 8/15/04 | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. | Sara Lee Corp. 6/19/08 Medium Term Note | | | | | | | | | |
| 20. | Virginia 1/1/07 Housing Dev. Auth. Comwlth Mtg Rev-Series A | | | | | Redeem | 9/2 | J | | |
| 21. | U.S. T-Note 8/15/07 | | | | | | | | | |
| 22. | U.S. T-Note 10/15/06 | | | | | | | | | |
| 23. | Burlington Northn & Santa Fe Ry Co 5/1/03 Equip Tr-CTF | | | | | Redeem | 5/1 | J | | |
| 24. | U.S. TSY Inflation Index Notes 1/15/08 | | | | | | | | | |
| 25. | Chandler AZ MUN PPTY Corp. 7/1/03 | | | | | Redeem | 7/1 | J | | |
| 26. | U.S. TSY Inflation Index Note 1/15/10 | | | | | | | | | |
| 27. | FNMA 5/20/05 | | | | | Redeem | 11/20 | J | | |
| 28. | Gateway Bank FSB 12/27/04 | | | | | | | | | |
| 29. | Utilicorp United Inc. 10/1/04 | | | | | | | | | |
| 30. | GNMA 6/15/03 P.T. | | | | | Redeem | 3/17 | J | | |
| 31. | US TSY Inflation Index Notes 7-15-13 | | | | | Buy | 8/15 | J | | |
| 32. | FFCB 12-11-09 | | | | | Buy | 10/20 | J | | |
| 33. | Raven Hills TX Higher Ed 8-1-06 | | | | | Buy | 8/19 | J | | |
| 34. | Providian Natl Bk 10-25-04 | | | | | Buy | 1/30 | J | | |
| 35. | Farm, ▮▮▮▮▮ VA | | None | L | W | | | | | |
| 36. | BB&T Account | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Investment Account #2 directing (line 38) | E | Div & Int | O | T | | | | | |
| 38. Brokerage Account #2 holding (lines 39-111) | | | | | | | | | |
| 39. Centennial Tax Exempt Trust | | | | | | | | | |
| 40. Equities/Stocks: | | | | | | | | | |
| 41. E.I. DuPont De Nemours & Co. | | | | | | | | | |
| 42. Exxon Mobil Corp. | | | | | | | | | |
| 43. General Electric Co. | | | | | Part Sale | 7/14 | K | | |
| 44. International Paper Co. | | | | | Buy | 7/14 | K | | |
| 45. J.P. Morgan Chase & Co. | | | | | | | | | |
| 46. Pepsico Inc. | | | | | | | | | |
| 47. St. Joe Co. | | | | | | | | | |
| 48. Hewlett-Packard Co. | | | | | | | | | |
| 49. Dollar Tree Stores, Inc. | | | | | | | | | |
| 50. Tyco International Ltd. | | | | | | | | | |
| 51. Raytheon Co. | | | | | | | | | |
| 52. Cooper Cameron Corp. | | | | | | | | | |
| 53. Caterpillar Inc. | | | | | Sold | 7/14 | K | | |
| 54. Charles & Colvard Ltd. | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Conagra Inc (Del) | | | | | | | | | |
| 56. Automatic Data Processing Inc. | | | | | | | | | |
| 57. Dell, Inc. (formerly known as Dell Computer Corp .) | | | | | | | | | |
| 58. Honeywell International Inc. | | | | | Buy | 7/14 | K | | |
| 59. Lucent Technologies Inc. | | | | | | | | | |
| 60. Medtronic Inc. | | | | | | | | | |
| 61. Time Warner Inc. (formerly known as AOL Time Warner) | | | | | | | | | |
| 62. Microsoft Corp. | | | | | | | | | |
| 63. R.R. Donnelley & Sons Co. | | | | | | | | | |
| 64. Ace Limited Ord | | | | | | | | | |
| 65. Bank of America | | | | | | | | | |
| 66. Cisco Systems Inc. | | | | | | | | | |
| 67. Duke Energy Corp. | | | | | | | | | |
| 68. Eastman Kodak Co. | | | | | | | | | |
| 69. General Motors Corp. | | | | | Part Sale | 7/14 | K | | |
| 70. Johnson & Johnson | | | | | | | | | |
| 71. Merck & Company Inc. | | | | | Sold | 7/14 | K | | |
| 72. Verizon Communications | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100.000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AT&T Corp. | | | | | Buy | 7/14 | K | | |
| 74. Tax Exempt Bonds: | | | | | | | | | |
| 75. Fairfax Cnty VA 6/1/03 Gen Oblg-Pub Impt-Series A | | | | | Redeem | 6/2 | J | | |
| 76. James City Cnty VA 12/15/04 Gen Oblg Pub Impt FGIC Ins | | | | | | | | | |
| 77. Chesapeake VA 7/1/06 Wtr&Swr Sys Rev Refunding-Reg. | | | | | Redeem | 7/1 | J | | |
| 78. VA 6/1/04 Polytechnic Inst. & St Univ Rev Serv System | | | | | | | | | |
| 79. Roanoke Va 2/1/05 Gen Oblg Public Improvement 96A | | | | | | | | | |
| 80. Illinois 1/1/10 Northern Toll Hwy Auth Rev Pre-Refund | | | | | Part Redeem | 7/1 | J | | |
| 81. Upper Occoquan Sew Auth VA 7/1/07 Regl Sew Rev Refund | | | | | | | | | |
| 82. Pittsylvania Cnty VA 7/1/05 Gen Obligation Pub Improvement | | | | | | | | | |
| 83. Henrico Cnty VA 1/15/07 Gen Obligation-Refund Pub Improve | | | | | Redeem | 3/13 | J | | |
| 84. Fairfax Cnty VA 6/1/08 Public Impt & Refunding Ser 1999A | | | | | | | | | |
| 85. Richmond VA 1/15/03 General Obligation Series A | | | | | Redeem | 1/15 | J | | |
| 86. Arlington Cnty VA 6/1/09 General Obligation Refunding | | | | | | | | | |
| 87. Arlington Cnty VA 6/1/06 Gen Obligation Bonds Public Impt | | | | | | | | | |
| 88. Montgomery Cnty VA 1/15/11 Indl Dev Auth Lease Revenue | | | | | | | | | |
| 89. Henrico Cnty VA 5/1/10 Water & Sewer Revenue Refunding | | | | | | | | | |
| 90. Richmond VA 7/15/07 Indl Dev Auth Govt Facs Auth Lease Rev | | | | | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Chesterfield Cnty VA 1/15/14 G.O. Pub. Impt Bds | | | | | | | | | |
| 92. Lynchburg VA Indl Dev Auth Hlthcare 1-1-05 | | | | | Buy | 6/18 | K | | |
| 93. Middle Riv Regl Jail 5-15-12 | | | | | Buy | 12/30 | K | | |
| 94. Prince William Cnty, VA Water & Sewer 7-1-12 | | | | | Buy | 5/21 | J | | |
| 95. Arlington Cnty, VA Gen Oblig 2-1-13 | | | | | Buy | 12/10 | K | | |
| 96. Alexandria, VA Cos Public Impv 6-15-15 | | | | | Buy | 6/3 | J | | |
| 97. Taxable Bonds: | | | | | | | | | |
| 98. Eli Lilly & Co. Senior Notes 3/15/03 | | | | | Redeem | 3/17 | J | | |
| 99. FHLB 10/15/03 | | | | | Redeem | 10/15 | J | | |
| 100. Illinois Bell Telephone Debentures 2/1/04 | | | | | | | | | |
| 101. U.S. T-Note 5/15/04 | | | | | | | | | |
| 102. U.S. T-Note 2/15/05 | | | | | | | | | |
| 103. U.S. T-Note 5/15/05 | | | | | | | | | |
| 104. Virginia Higher Edl Instns-A 6/1/05 | | | | | | | | | |
| 105. U.S. T-Note 7/15/06 | | | | | | | | | |
| 106. U.S. T-Note 10/15/06 | | | | | | | | | |
| 107. Virginia Housing Dev Auth Comwlth Mtg 1/1/07 | | | | | Redeem | 9/2 | J | | |
| 108. U.S. T-Note 8/15/07 | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 3/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 109. Monsanto Co. 2/5/08 | | | | | | | | | |
| 110. Entergy Miss Inc. 4/1/08 | | | | | | | | | |
| 111. Virginia 11/1/13 Dev Auth Multi-Fam Hsg | | | | | Redeem | 5/1 | J | | |
| 112. Southtrust Bank | A | Interest | K | T | | | | | |
| 113. ███████████ | F | Dividend | N | W | | | | | |
| 114. Rental Property #1, Norfolk, VA | E | Rent | M | W | | | | | |
| 115. C.A. Associates, 2%, Norfolk, VA | C | Dividend | K | U | | | | | |
| 116. GJF Currituck Beach Associates, NC | A | Dividend | J | W | | | | | |
| 117. IRA - Equi-Vest | B | Dividend | L | T | | | | | |
| 118. Deferred Annuity - Equitable Life Ins. Co. | B | Dividend | L | T | | | | | |
| 119. IRA-Brokerage Acct #3 directing and holding (lines 120-142) | B | Dividend | M | T | | | | | |
| 120. American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 121. American Funds Investment Company of America | | | | | | | | | |
| 122. Calamos Growth Fund | | | | | | | | | |
| 123. Federated Kaufman Fund | | | | | Sold | 8/14 | J | | |
| 124. First Eagle Sogen Global Fund | | | | | | | | | |
| 125. Ing International Value Fund | | | | | | | | | |
| 126. Lord Abbett Mid Cap Value Fund | | | | | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
                    P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 127. Managers Special Equity Fund | | | | | | | | | |
| 128. Oakmark International Small Cap Fund | | | | | | | | | |
| 129. Pimco Foreign Bond Fund | | | | | Sold | 8/14 | J | | |
| 130. Pimco Pea Renaissance Fund | | | | | | | | | |
| 131. Pimco Short Term Fund | | | | | | | | | |
| 132. Pimco Total Return Fund | | | | | Sold | 8/14 | J | | |
| 133. Royce Micro-Cap Fund | | | | | | | | | |
| 134. Royce Pennsylvania Mutual Fund | | | | | | | | | |
| 135. Scudder Dreman High Return Fund | | | | | Sold | 8/14 | J | | |
| 136. UBS Pace Money Market Investment Fund | | | | | | | | | |
| 137. American Funds Growth Fund of America | | | | | Buy | 8/14 | J | | |
| 138. AXA Rosenberg U.S. Small Capitalization Fund | | | | | Buy | 11/7 | J | | |
| 139. First Eagle Overseas Fund | | | | | Buy | 8/14 | J | | |
| 140. First Eagle Gold Fund | | | | | Buy | 8/14 | J | | |
| 141. JP Morgan Mid Cap Value Fund | | | | | Buy | 11/7 | J | | |
| 142. Invesco Leisure Fund | | | | | Buy | 11/7 | J | | |
| 143. Brokerage Account #4 directing and holding (lines 144-178) | D | Div & Int | N | T | | | | | |
| 144. Resource Management Tax-Free Fund, Inc. | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145. Equities/Stocks: | | | | | | | | | |
| 146. General American Investors Preferred | | | | | Sold | 9/23 | J | | |
| 147. Aflax Inc | | | | | | | | | |
| 148. BB&T Corp. | | | | | | | | | |
| 149. Berkshire Hathaway Inc. | | | | | | | | | |
| 150. Boston Scientific | | | | | Sold | 1/30 | J | | |
| 151. Canadian Pacific Railway Ltd. | | | | | | | | | |
| 152. Conagra Food Inc. | | | | | Sold | 7/8 | J | | |
| 153. Fedex Corp | | | | | | | | | |
| 154. General Electric | | | | | Sold | 1/31 | J | | |
| 155. Georgia Gulf Corp. | | | | | Sold | 6/4 | J | | |
| 156. Harley Davidson Inc. | | | | | Sold | 7/8 | J | | |
| 157. Johnson & Johnson | | | | | | | | | |
| 158. Microsoft Corp. | | | | | | | | | |
| 159. Nestle | | | | | | | | | |
| 160. Pogo Producing Co. | | | | | | | | | |
| 161. Procter & Gamble Co. | | | | | | | | | |
| 162. Progressive Corp. Ohio | | | | | Sold | 7/8 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Smith, Rebecca B | 8/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 163. Southern Co. | | | | | | | | | |
| 164. Wal Mart Stores Inc. | | | | | | | | | |
| 165. Weingarten Realty | | | | | | | | | |
| 166. Wisconsin Energy Corp. | | | | | | | | | |
| 167. Anheuser Busch Cos, Inc. | | | | | Buy | 12/19 | J | | |
| 168. Caterpillar Inc. | | | | | Buy | 5/14 | J | | |
| 169. Gillette Company | | | | | Buy | 7/10 | J | | |
| 170. Nextel Communications Inc. | | | | | Buy | 5/20 | J | | |
| 171. Oracle Corp. | | | | | Buy | 7/29 | J | | |
| 172. Plum Creek Timber Co., Inc. | | | | | Buy | 7/8 | J | | |
| 173. Royal Dutch Pete Co. | | | | | Buy | 11/3 | J | | |
| 174. 3M Co. | | | | | Buy | 4/22 | J | | |
| 175. Tax-Exempt Bonds: | | | | | | | | | |
| 176. VA 8/1/13 St Pub Sch Auth A Rev | | | | | | | | | |
| 177. Portsmouth 8/1/14 VA Pub Impt G.O. | | | | | | | | | |
| 178. Fairfax Cnty 4/4/16 VA Wtr Auth Rev | | | | | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

Date _August 10, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544